UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FRANKLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF PLACER, et al.,<br><br>    Defendants. | No. 2:17-cv-2277-JAM-EFB PS<br><br><br>ORDER |

Plaintiff seeks an extension of time to file his objections to the April 25, 2018 findings and recommendations. Plaintiff's motion for an extension of time (ECF No. 40) is granted. Plaintiff may file his objections to the findings and recommendations on or before May 29, 2018.

DATED: May 14, 2018.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE