UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF PLACER, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2277-JAM-EFB PS<br><br><br>ORDER |

On April 25, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Despite an extension of time granted to plaintiff, no objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed April 25, 2018, are ADOPTED.

2. Defendants James Dawson and Trilla Bahrke's motion to dismiss (ECF No. 4) is granted and all claims against them are dismissed without leave to amend.

3. Defendants North Tahoe Fire Protection District, Todd Conradson, and Scott Sedgwick's motion to dismiss (ECF No. 5) is granted and all claims against them are dismissed with leave to amend.

4. Defendants Richard Bahrke and Emily Dawson's motion to dismiss (ECF No. 25) is granted and all claims against them are dismissed without leave to amend.

5. Plaintiff's motion for leave to file the proposed amended complaint (ECF No. 18, 31) is denied.

6. Plaintiff's motion to strike (ECF No. 34) is denied.

7. Plaintiff's motions for a temporary restraining order and preliminary injunction (ECF No. 36, 38) are denied.

8. Plaintiff is granted thirty days from the date this order is served to file an amended complaint as provided in the magistrate judge's findings and recommendations.

DATED: June 25, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE