UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FRANKLIN,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF PLACER, et al.,<br><br>   Defendants. | No. 2:17-cv-2277-JAM-EFB PS<br><br>ORDER |

Defendants North Tahoe Fire Protection District, Todd Conradson, and Scott Sedgwick have filed a motion to dismiss pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), to strike pursuant to Rule 12(f), and for a more definite statement pursuant to Rule 12(e). ECF No. 45. Defendants County of Placer, Edward Bonner, Christopher Cattran, William Doyle, Maria Leftwich, Shane Mathias, Paul Nicholas, Ronald Scott Owens, and Jeffrey Winkler have also moved to dismiss pursuant to Rule 12(b)(6). ECF No. 47. These motions were previously set for hearing on September 19, 2018. ECF Nos. 45, 47.

In violation of Local Rule 230(c), plaintiff failed to file an opposition or statement of non-opposition to defendants' motions. Accordingly, the hearing the motions was continued to October 31, 2018, and plaintiff was ordered, by no later than October 17, 2018, to file an opposition or statement of non-opposition to the motions and show cause why sanctions should not be impose for failure to timely file response to the pending motions. ECF No. 50.

1

On October 15, 2018, instead of filing a response to defendants' motions and the court's order to show cause, plaintiff filed a request for an extension of time to respond to defendants' motions. ECF No. 51. Plaintiff claims that additional time is needed because beginning October 8, 2018, he is serving a 40-day sentence in the Placer County Jail, and he suspects that he will be denied access to the law library during his incarceration.[1] *Id*. In light of plaintiff's pro se status, as well as his inability to attend the October 31, 2018 hearing due to his incarceration, plaintiff's request for an extension of time is granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request for an extension of time to respond to defendants' motions (ECF No. 51) is granted.

2. The hearing on defendants' motions (ECF Nos. 45, 47) is continued to December 12, 2018.

3. Plaintiff shall file an opposition to the motions, or a statement of non-opposition thereto, no later than November 28, 2018.

4. Failure to file an opposition to the motions will be deemed a statement of non-opposition thereto, and may result in plaintiff's motion being granted. *See* Fed. R. Civ. P. 41(b).

5. Defendants may file a reply to plaintiff's opposition, if any, on or before December 5, 2018.

6. Plaintiff is admonished that the court is not inclined to grant further requests for extension of time absent a showing of extraordinary cause.

DATED: October 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although plaintiff's request for an extension of time was filed on October 15, 2018, the request is dated October 8, 2018. ECF No. 51.

2